AO 246A (Rev. 01/09)   Order of Discharge and Dismissal Under 18 U.S.C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  2:08CR00354-01 |
| | ) |
| Victor E. Franzen | ) |
| *Defendant* | ) |

### ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**   The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:   4/19/10

*Judge's Signature*

Honorable Dale A. Drozd; Magistrate Judge
*Printed Name and Title*

**FILED**
APR 2 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK